**Order entered September 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00835-CV

**DAVID GERDES AND ECOATM, LLC, Appellants**

**V.**

**HYLA, INC., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01976**

## ORDER

Before the Court is appellants' September 18, 2018 agreed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief filed on or before October 22, 2018. We caution appellants that further requests for extension of time will be disfavored.

/s/ DAVID EVANS
JUSTICE